**Examinee Name:**     Juan Banales Venegas
**Date of Birth:**     9/29/86
**Date of Evaluation:** 11/02/10; 11/04/10 & 11/05/10
**Age:**               24 years old
**Gender:**            Male
**Ethnicity:**         Mexican
**Education:**         13-14 years
**Handedness:**        Right-handed

**LIST OF TESTS ADMINISTERED:**

Mini-Mental State Examination (MMSE)
Raven's Standard Progressive Matrices (RSPM; NeSBHIS norms)
Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV, select subtests)
Wechsler Memory Scale - Fourth Edition (WMS-IV, Adult Battery: Logical Memory I & II; Visual Reproduction I & II)
WHO-UCLA Auditory Verbal Learning Test – Spanish Version (WHO-UCLA AVLT; NeSBHIS norms)
Boston Naming Test (BNT)
Ponton-Satz Boston Naming Test (NeSBHIS norms)
Controlled Oral Word Association (FAS: English & Spanish/NeSBHIS norms)
Multilingual Aphasia Examination VII – Token Test, Form A (English & Spanish)
Wide Range Achievement Test – 4th Edition (WRAT4: Word Reading)
Neuropsychological Screening Battery for Hispanics (NEUROPSI: Reading Comprehension)
Rey-Osterrieth Complex Figure Test (Rey-O): copy and 30' delayed recall
Line Bisection Test
Judgment of Line Orientation, Form H (JOLO)
Hooper Visual Organization Test (HVOT)
Color Trails 1 and 2, Form A (NeSBHIS norms)
Stroop
Ruff Figural Fluency Test (RFFT)
Wisconsin Card Sorting Test (WCST)
Grooved Pegboard Test
Finger Tapping
Rey Fifteen-Item Memory Test (FIT)
The Dot Counting Test
Test of Memory Malingering (TOMM)
Beck Depression Inventory-II (BDI-II)
Evaluation of Competency to Stand Trial-Revised (ECST-R)

EX. D

**TEST RESULTS AND INTERPRETATION:**

| | | | | |
|---|---|---|---|---|
| **MMSE** | 28/30 | -0.77 | 22nd | Low Average |
| **RSPM (Nonverbal Intelligence)** | 51 | 0.70 | 76th | High Average |
| **Language** | | | | |
| BNT (English) | 17/60 | -13.89 | < 1st | Severely Impaired |
| P-S BNT Spanish) | 17/30 | -1.68 | 5th | Borderline |
| Verbal Fluency (FAS) | | | | |
|   English | 19 | -2.29 | 1st | Impaired |
|   Spanish | 23 | -1.13 | 13th | Low Average |
| MAE VII, Token Test, Form A | | | | |
|   English | 38 | | 9th* | Borderline; *as per manual |
|   Spanish | 41 | | 33rd | Average |
| WRAT4:  Word Reading, Standard Score = 71 | 40 | | 3rd | Borderline-to-Impaired; Grade Equivalent = 4.0 |
| NEUROPSI:  Reading Comprehension | 6/6 | | | WNL |
| **Visuospatial** | | | | |
| Rey-Osterrieth Copy | 33 | -0.44 | 33rd | Average |
| Line Bisection | 15/20 | | | WNL: 1 right- |

| | | | | sided error & 4 left-sided errors |
|---|---|---|---|---|
| JOLO | 26 | | 57th | Average |
| HVOT | 23 | | 27th | Average |
| WAIS-IV | | | | |
| Block Design, SS = 6 | 24 | | 9th | Low Average |
| Matrix Reasoning, SS = 11 | 20 | | 63rd | Average |
| Visual Puzzles, SS = 6 | 9 | | 9th | Low Average |
| **Attention/ Processing Speed** | | | | |
| WAIS-IV | | | | |
| Digit Span, SS = 7 | 22 | | 16th | Low Average |
| Arithmetic, SS = 9 | 13 | | 37th | Average |
| Coding, SS = 5 | 45 | | 5th | Borderline |
| Symbol Search, SS = 6 | 22 | | 9th | Low Average |
| Color Trails 1, Form A | 41" | -0.28 | 39th | Average |
| Stroop | | | | |
| Color Naming | 75" | -0.19 | 42nd | Average |
| Word Reading | 53" | -0.88 | 19th | Low Average |
| **Verbal Memory** | | | | |
| WHO-UCLA AVLT | | | | |
| Trial V | 13/15 | -0.06 | 48th | Average |
| Trial VII (Short Delay Free Recall) | 14/15 | 0.66 | 75th | High Average |
| Trial VIII (Long Delay Free Recall) | 13/15 | 0.23 | 59th | Average |
| Trial IX (Delayed Recognition) | 15/15 | | | WNL: 0 false |

|  |  |  |  | positive IDs |
|---|---|---|---|---|
| **WMS-IV** |  |  |  |  |
| Logical Memory I: SS = 10 | 24 |  | 50th | Average |
| Logical Memory II: SS = 11 | 25 |  | 63rd | Average |
| **Visual Memory** |  |  |  |  |
| Rey-Osterrieth 30-minute Delay | 24 | 0.34 | 63rd | Average |
| **WMS-IV** |  |  |  |  |
| Visual Reproduction I: SS = 12 | 42 |  | 75th | High Average |
| Visual Reproduction II: SS = 16 | 42 |  | 98th | Very Superior |
|  |  |  |  |  |
|  |  |  |  |  |
| **Executive/Frontal Function** |  |  |  |  |
| **WCST** |  |  |  |  |
| Categories Completed | 6/6 |  | >16th | Average |
| Failure to Maintain Set | 2 |  | 11-16th | Low Average |
| Perseverative Responses | 7 |  | 90th | High Average |
| Perseverative Errors | 7 |  | 84th | High Average |
| Learning to Learn | -0.14 |  | > 16th | Average |
| Color Trails 2, Form A | 138" | -1.88 | 3rd | Borderline-to-Impaired; 0 sequencing errors |
| Stroop: Interference | 122" | -0.04 | 48th | Average |
| Verbal Fluency (FAS) – Spanish | 23 | -1.13 | 13th | Low Average |

| Nonverbal Fluency (RFFT) | | | | |
|---|---|---|---|---|
| Total Unique Designs | 87 | | 19th | Low Average |
| Error Ratio | 0.04 | | 54th | Average |
| RSPM | 51 | 0.70 | 76th | High Average |
| **Motor** | | | | |
| Grooved Pegboard Test: | | | | |
| Dominant | 66" | -0.19 | 42nd | Average |
| Non-dominant | 73" | -0.26 | 40th | Average |
| Finger Tapping | | | | |
| Dominant | 50.5 | 0.31 | 62nd | Average |
| Non-dominant | 45.0 | 0.03 | 51st | Average |
| **Motivation/Cooperation** | | | | |
| FIT | 15/15 | | | WNL |
| Dot Counting Test | 6 | | | Normal Effort |
| TOMM | | | | |
| Trial 1 | 48/50 | 0.49 | 69th | Within Expectation |
| Trial 2 | 50/50 | 0.45 | 67th | Within Expectation |
| Retention Trial | 50/50 | 0.40 | 66th | Within Expectation |
| **Emotional Functioning** | | | | |
| BDI-II | 14 | | | Mild, but clinically significant endorsement |

|  |  |  |  | of depressive symptoms |
|---|---|---|---|---|
| **ECST-R (Competency to Stand Trial)** |  |  |  | Competent |