ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. State Bar No.: 107881)
EDWARD E. ALON (Cal. State Bar No.: 207287)
Assistant United States Attorneys
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477/3825
Facsimile: (213) 894-6269
E-mail: mark.aveis@usdoj.gov
        edward.alon@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 10-600-R |
| Plaintiff, | ) ORDER DENYING DEFENDANT JUAN BANALES VENEGAS'S MOTION FOR NEW TRIAL |
| v. | ) |
| JUAN BANALES VENEGAS, | ) Date: January 10, 2011 |
| Defendant. | ) Time: 1:30 p.m. |

Based upon the pleadings and papers filed in connection with the above-referenced motion, the arguments of counsel, and the trial record in this matter,

IT IS HEREBY ORDERED that the motion is DENIED.

DATED: January 18, 2011

_____
HON. MANUEL L. REAL
U.S. District Judge