# EXHIBIT A

Case 2:10-cr-00600-R   Document 176-1   Filed 02/26/11   Page 1 of 4   Page ID #:1336

①

11-23-10

Your Honor Manuel Real

I request leniency for Juan Bamah because I don't agree he had the intention of committing bank fraud. The other guilty parties in this case were experienced and knew all that was going on at the time with reference to approval of documentation for approvals throughout the system.

I don't believe he knows the difference of buying a house as an investor who knows he can rent rooms in the property and using as a home.

It upsets me that the little guy the puppet in the case spends the best part of his life in jail while the master minds spend less.

At first I said not guilty to my fellow jury team. But they promised to me that the indictment

(2)

said "did he participate in a plan to defraud the bank?" The answer to that was "yes". To that met he is guilty. They said to me.

His intentions were to buy a house, not to defraud banks. Some of the places that had his signature didn't look like it was his signature.

I did not hear him say he was guilty of signing all these forms. But I did hear Miriam say she fraudulently signed for him and many other people. If he received checks and signed or stamped his thumb that does not prove it was in reference to this bank fraud.

Yes, I have reasonable doubt and I believe in justice.

I am sorry for not understanding I could hold on to my "Not Guilty" note, instead I heard that we had to unanimously vote either guilty or not guilty.

Thank you for considering my humble opinion.

③

I decline under penalty of perjury that this is my true statement and is correct. Signed at 11-23-10 in Ventura, Ca.

*Julia Vidigal De Vince*
Julia Vidigal De Vince