# EXHIBIT B



# Pacifica High School

**Excellence in Arts, Academics, and Athletics**

600 East Gonzales Road, Oxnard, CA 93036
(805) 278-5000   FAX (805) 278-7187

February 3, 2011

To The Honorable Manuel L. Real

Dear Judge Real,

I am writing this letter in regards to Mr. Juan Banales Venegas. I was recently saddened to learn that Juan was connected to a case involving real estate fraud.

I had the pleasure of knowing Juan when he was a student in my U.S. History class at Pacifica High School in Oxnard California. Juan was always a good student, very respectful with an outgoing personality. As I recall, he was always very conscientious about his school work. He was motivated and he planned on continuing his education after high school. Many times he mentioned that he wanted to go to college and we would talk about the steps needed to reach that level. As time passed, Juan graduated, and moved on with his life and we lost contact.

It wasn't until recently that I was made aware of the serious problem that Juan had. Juan's attorney contacted me and asked if I would be willing to write this brief letter on Juan's behalf. Without hesitation I replied yes.

It's unfortunate that Juan's life has taken this direction, but I believe that Juan is a good person with a good heart. I understand his sentencing date is coming and I would like to ask your honor to please consider that Juan is a young man starting out life and was led down the wrong path and made bad choices. I would just ask your honor, if at all possible to have compassion and leniency for this young man when justice is carried out. Your honor, I thank you for taking time from your busy schedule to read this letter in support of Juan Banales Venegas.

Sincerely,

Santiago "Jim" Luevanos

Social Science Teacher

Pacifica High School

Maria Bañales
540 Ivywood Drive
Oxnard, CA 93030
Tel. (805) 290-7967

Oxnard, January 28,2011

TO:   U.S. SUPREME COURT OF LOS ANGELES
      Honorable, Manuel Real
      Los Angeles, CA

RE:   Juan Venegas Bañales

Dear Honorable Manuel Real:

My name is Maria Bañales, I am the mother of Juan Venegas Bañales, who is hereby writing you this
letter, to formally plead for your outmost kindness, when my son stands before you. I am begging you
to judge my son as if you were judging one of your own, and to extend your gentle hand to this very ill
mother, by granting my son a merciful chance, a second opportunity in life, so that he understands the
role of being a good person. My son Juan has already suffer immenseness throughout his life and
placed himself at the wrong place at the wrong time.

Allow me to advance my many thanks for your kindness and positive response, as I will be praying for
you and every member of your family.

Sincerely,

Maria Bañales
Maria Bañales

Juan Bañales Magaña
540 Ivywood Drive
Oxnard, CA 93030
Tel. (805) 290-7967

Oxnard, January 28,2011

TO:    U.S. SUPREME COURT OF LOS ANGELES
       Honorable, Manuel Real
       Los Angeles, CA

RE:    Juan Venegas Bañales
       Detainee

Dear Honorable Real:

I Juan Bañales Magaña, a Chronic Dialysis Patient hereby pleads for your softest punishing hand, for when my son Juan Venegas Bañales, stands before you, for you to apply on my son the minimum weight and gentleness of the Law, as dictated by the brightness of your conscience. I believe my son is a good person, however, his sense of responsibility in life has not been the greatest, nonetheless, he is my beloved son, reminding you that my son Juan has suffered through a very painful childhood, as he grew alone in Mexico, while I came to work in the United States to support him and the family I have left behind. Please sentence my son according to your best judgement.

For your kind and positive response, may the Lord provide you many years of health and receive my many thanks.

Sincerely,

Juan Bonales

Juan Bañales Magaña

MERCEDES HERNANDEZ A.
1224 REDWOOD STREET
OXNARD, CA 93033
TEL. (805) 822-2593

Oxnard, February 24, 2011

TO:    U.S. SUPREME COURT OF LOS ANGELES
       Honorable, Manuel Real
       Los Angeles, CA


RE:    Juan Venegas Bañales
       Detainee

Dear Honorable Real:

My name is Mercedes Hernandez, I am Juan Venegas Bañales sister and as such, I am married and have children, as well as a U.S. Citizen and most of all, I would like to plead for your softest touch of the Law in using your kindness Judgement, when my brother's case comes before you.

The separation of my brother Juan from my parents have been devastating, as their health continue to worsened, so please have clemency on him, as you will be having clemency on my parents. For your kindness, I will remain deepened in gratitude.

My endless thanks.

Sincerely,

Mercedes Hernández A.

Mercedes Hernandez A.

Maritza Garnica

4050 Hoen Ave.

Santa Rosa, CA 95405

(707) 205-6391

February 25, 2011

Re: Mr. Juan Venegas Bañales


Dear: Mr. Manuel Real, Supreme Court of California:


It is with great pleasure for me to write this letter in support of Juan Venegas Bañales. I have personally known Mr. Venegas for fifteen years, and in those fifteen years he has been of great value to my family and me. He has proven to be respectful, reliable, responsible and extremely hard working. Mr. Venegas is a close friend of mine; he has been a great support for me. Whenever I have needed his help he has always been by my side, not just for moral support, but for anything that I have needed. He is seen as part of my family, and I am very devastated seeing him go through the problem he is going through at this moment. I know that Mr. Venegas is not perfect but no human being is everyone deserves a second chance. I strongly believe that Juan Venegas deserves that second chance. That is why I ask that you take this letter into consideration. Thank you very much for your time. Should you have any questions regarding the above please do not hesitate to contact me.


Respectfully,     Maritza Garnica.



Maritza Garnica

Santiago Garnica

3357 Sansone Court

Santa Rosa, CA 95403

(707) 528-1986

February 25, 2011

Re: Mr. Juan Venegas Bañales

Dear: Mr. Manuel Real, Supreme Court of California:

I Santiago Garnica am writing this letter with great pleasure for Juan Venegas Bañales. Juan has been in our family for about fifteen years now. He is a good friend of my daughters. In the time that I have known Juan he has proven to be very respectful and responsible. Juan is part of our family for those same reasons; I know that Juan is a trustworthy person, and an individual that I can rely on. Juan would always speak to me about his goals in life and how he would accomplish those goals. He is very passionate about everything he does. In my heart I know that Juan will do great things in life. It is extremely hurtful for me and my family to see Juan in the situation that he is in at this moment. I know that Juan Venegas will move on to bigger and greater things if he is given a second opportunity. All I ask is that you see the great person that he truly is and take into consideration everything he would like to accomplish in life.

Respectfully,      Sautiago Gornica

Santiago Garnica

Sheomara Rodriguez.

201 south. E st.

Oxnard CA 93030.

(805)248-8361


February 22, 2011


TO: U.S. Supreme Court of Los Angeles.

Honorable, Manuel Real.

Los Angeles CA.


RE: Juan Venegas Banales.

Detainee

Dear Honorable Real:

I Sheomara Rodriguez write this document in order to write about my dear friend, Juan Venegas Banales . I have know Juan for many years, and having his friendship has been very grateful. He would help me and give me advices of life. His since of humor around me was very peace full, fun, and respectful.

As a good citizen of California I support him in every aspect. I think he is just a victim of the incident occurred. I don't think the punishment that has been given to him has been fair because he is a honorable person and a good citizen to his state.

Please read my words and understand that his family and friends reed him back home. Thank you for your time.

Sincerely,

Sheomara Rodriguez.

Francisco Hernandez.

201 south. E st.

Oxnard CA 93030.

(805)236-9144


February 22, 2011


TO: U.S. Supreme Court of Los Angeles.

Honorable, Manuel Real.

Los Angeles CA.


RE: Juan Venegas Banales.

Detainee

Dear Honorable Real:

I Francisco Hernandez know Juan Venegas Banales as a good person, because his ways of thoughts one very very responsible and wanting to more forward in life, in this country and in life. He trusted in certain people and those people used his trust. That is why I want you to consider his hard work in moving forward and doing good in life. I hope that with this words you can recognize what I think of him. Thank you for taking your time reading this letter.

With Honesty,

*Franisco Hernandes*

Francisco Hernandez.

Oxnard, January 28, 2011

TO:     U.S. SUPREME COURT OF LOS ANGELES
        Honorable, Manuel Real
        Los Angeles, CA

RE:     Juan Venegas Banalcs
        Detainee

Dear Honorable Real:

I Felipe Diaz hereby pleads for your softest punishing hand, for when Jean Venegas
Banalcs, stands before you, for you to apply the minimum weight and gentleness of the
Law, as dictated by the brightness of your conscience. I believe he is a good person,
however, his intention and lack of responsibility has not been the greatest, nonetheless, he
has suffered through a very painful childhood. He grew alone in Mexico, while his father
went to the US to support him and the family. Please sentence Jean Venegas Banalcs
according to your best judgment.

For your kind and positive response, may the Lord provide you many years of health and
receive my many thanks.

Sincerely,

Felipe Diaz

Felipe Díaz
930 Redwood Avenue
Oxnard, CA 93033
Tel. (805) 479-8747

Oxnard, January 28, 2011

TO:   U.S. SUPREME COURT OF LOS ANGELES
      Honorable, Manuel Real
      Los Angeles, CA

RE:   Juan Venegas Banales
      Detainee

Dear Honorable Real:

I Carlos Solorzano hereby pleads for your softest punishing hand, for when Jean Venegas
Banales, stands before you, for you to apply the minimum weight and gentleness of the
Law, as dictated by the brightness of your conscience. I believe he is a good person,
however, his intention and lack of responsibility has not been the greatest, nonetheless, he
has suffered through a very painful childhood. He grew alone in Mexico, while his father
went to the US to support him and the family. Please sentence Jean Venegas Banales
according to your best judgment.

For your kind and positive response, may the Lord provide you many years of health and
receive my many thanks.

Sincerely,

Carlos Solorzano
Carlos Alex Solorzano

Carlos Solorzano
1931 Lewis Road
Camarillo, CA  93012
Tel. (805) 982-0434

Oxnard, January 28, 2011

TO:     U.S. SUPREME COURT OF LOS ANGELES
        Honorable, Manuel Real
        Los Angeles, CA

RE:     Juan Venegas Banales
        Detainee

Dear Honorable Real:

I Fernando Estrada hereby pleads for your softest punishing hand, for when Jean Venegas
Banales, stands before you, for you to apply the minimum weight and gentleness of the
Law, as dictated by the brightness of your conscience. I believe he is a good person,
however, his intention and lack of responsibility has not been the greatest, nonetheless, he
has suffered through a very painful childhood. He grew alone in Mexico, while his father
went to the US to support him and the family. Please sentence Jean Venegas Banales
according to your best judgment.

For your kind and positive response, may the Lord provide you many years of health and
receive my many thanks.

Sincerely,

Fernando Estrada

Fernando Estrada Leal
432 West Elm Street
Oxnard, CA 93033
Tel. (805) 200-1775

Oxnard, January 28, 2011

TO:    U.S. SUPREME COURT OF LOS ANGELES
       Honorable, Manuel Real
       Los Angeles, CA

RE:    Juan Venegas Banales
       Detainee

Dear Honorable Real:

I Ricardo Bejar hereby pleads for your softest punishing hand, for when Jean Venegas Banales, stands before you, for you to apply the minimum weight and gentleness of the Law, as dictated by the brightness of your conscience. I believe he is a good person, however, his intention and lack of responsibility has not been the greatest, nonetheless, he has suffered through a very painful childhood. He grew alone in Mexico, while his father went to the US to support him and the family. Please sentence Jean Venegas Banales according to your best judgment.

For your kind and positive response, may the Lord provide you many years of health and receive my many thanks.

Sincerely,

Ricardo Bejar
RICARDO BEJAR

Ricardo Bejar
432 West Elm Street
Oxnard, CA 93033
Tel. (805) 200-1775

Oxnard, January 28, 2011

TO:   U.S. SUPREME COURT OF LOS ANGELES
      Honorable, Manuel Real
      Los Angeles, CA

RE:   Juan Venegas Banales
      Detainee

Dear Honorable Real:

I Shlomo Amar hereby pleads for your softest punishing hand, for when Jean Venegas
Banales, stands before you, for you to apply the minimum weight and gentleness of the
Law, as dictated by the brightness of your conscience. I believe he is a good person,
however, his intention and lack of responsibility has not been the greatest, nonetheless, he
has suffered through a very painful childhood. He grew alone in Mexico, while his father
went to the US to support him and the family. Please sentence Jean Venegas Banales
according to your best judgment.

For your kind and positive response, may the Lord provide you many years of health and
receive my many thanks.

Sincerely,

Shlomo Amar

Salomon Amar
1931 Lewis Road
Camarillo, CA 93012
Tel. (818) 398-5126

Consuelo Venegas
2140 Platform Place
Oxnard, CA 93035
Tel. (805) 240-9664

Oxnard, February 22, 2011

TO:     U.S. SUPREME COURT OF LOS ANGELES
        Honorable, Manuel Real
        Los Angeles, CA

RE:     Juan Venegas Bañales
        Detainee

Dear Honorable Real:

The undersigner Consuelo Venegas, is hereby humbly requesting your outmost consideration for the
pardon for my nephew Juan Venegas Bañales. Juan is a great person, Juan is a good member of the
community and a great member of our family. As the parent I am, I can clearly recognize the pain and
agony his parents are going through, therefore, I believe that separating Juan from his ailing parents
would be endangering their very delicate state and fragile health. Please consider my request and
accept my endless thanks for you generous response.

Sincerely,

Consuelo Venegas

Consuelo Venegas

Carmen Alvarez
2035 North Ventura Road, #:A
Oxnard, CA 93033
Tel. (805) 200-1571

Oxnard, February 23,2011

TO:    U.S. SUPREME COURT OF LOS ANGELES
       Honorable, Manuel Real
       Los Angeles, CA

RE:    Juan Venegas Bañales
       Detainee

Dear Honorable Real:

The undersigner Carmen Alvarez, as an America Citizen, I am hereby formally and humbly requesting your serious consideration of a second chace for my dear young friend Juan Venegas Bañales. Juan is a victim of professionally unscrupulous people, who used Juan to perpetrate crimes that he was totally unaware off. In addition, his parents are in need of his presence as they are facing a very hard time with their health, fighting deep depression, heart decease and other health issues.

Allow me to advance my many thanks, for your positive response.

Sincerely,

Carmen Alvarez
Carmen Alvarez

Case 2:10-cr-00600-R Document 176-2 Filed 02/26/11 Page 17 of 24 Page ID #:1356
RECEIVED 02/24/2011 04:41 6267999380                                 LAW OFFICE
mission copy                              805 483 7808           p.4

Alfredo Ortega López
432 West Elm Street
Oxnard, CA 930353
Tel. (805) 890-4432

Oxnard, February 24, 2011

TO:    U.S. SUPREME COURT OF LOS ANGELES
       Honorable, Manuel Real
       Los Angeles, CA

RE:    Juan Venegas Bañales
       Detainee

Dear Honorable Real:

My name is Alfredo Ortega López. I have known Jaun Venegas Bañales for the past five years, through those years, Juan have prove me to be a man of his word and honor, driving me to believe that he is an innocent man, and a man capable to succeed free of illicit involvement.

I am requesting from you to grant a full pardon for Juan, making sure he does not once again become a victim of society and misjudgment, may God reward you with his blessings of good health.

My many thanks.

Sincerely,

Alfredo Ortega López

Miguel Angel Sola Ventura
2140 Platform Place
Oxnard, CA 93035
Tel. (805) 240-9664

Oxnard, February 22, 2011

TO:    U.S. SUPREME COURT OF LOS ANGELES
       Honorable, Manuel Real
       Los Angeles, CA

RE:    Juan Venegas Bañales
       Detainee

Dear Honorable Real:

My name is Miguel Angel Sola Ventura, I usually do not write letters on behalf of anyone, however, the person I am pleading you for, is a very special person. Juan Venegas Bañales feet this clear image in my mind, making his personal attributes a very special reason for me to personalized this letter to your Eminence.

Allow me to tell you, Juan and his parents have touched my family's life in so many noble and generous ways, that this short and temporary absence has become an irreparable void to all of us.

Please grant a full pardon to Juan, in exchange for a full punishment to those who involved this innocent young man. For your kind and positive response, accept my many thanks.

Sincerely,

Miguel Angel Sola Ventura
Miguel Angel Sola Ventura

Case 2:10-cr-00600-R Document 176-2 Filed 02/26/11 Page 19 of 24 Page ID #:1358
RECEIVED 02/24/2011 04:41 5267999380
mission copy                                              805 483 7808          p.6

Antonio Godínez
540 Ivywood Drive
Oxnard, CA 93030
Tel. (805) 253-5985

Oxnard, February 23,2011

TO:     U.S. SUPREME COURT OF LOS ANGELES
        Honorable, Manuel Real
        Los Angeles, CA

RE:     Juan Venegas Bañales
        Detainee

Dear Honorable Real:

My name is Antonio Godínez, it is my high honor to address this letter to your attention, and the
mission of my letter is solely to beg you to have mercy on my dear friend Juan V. Bañales, as the time
has come for him to stand before you, and for something that is not really clear of how he is or got
involved in, however, he must face reality and the reality is in your noble hands.

My friend Juan Bañales is a good man and a very hard working person, and the fact that both his
parents are very ill individuals, brings me to this request, his parents are deservedly of some peace of
mind, while surviving the sunset of their life. One again I am begging you, please be merciful with this
very good human being.

For your positive response, receive my many thanks.

Sincerely,

*Antonio Godínez.*

Antonio Godínes

*Jan 28, 2011*

*To Honor Judge: Mr. Manuel Real*

*My name is Marisol Gaitan Trujillo and I know Juan Banales Venegas for many year's he's my uncle son and my cousin we both grown up together... From what I know about him is that he's a really good and onset person really respectful and also funny and easy to talk to also can be a good friend to anyone.... When we have get to there's he's really fun to be with he's the life of the party.... If you got any question regarding this letter you can contact me at cellphone number: (509)594-2280 and my adderss : 216 E street trailer #10 in Granger Washington 98932 also mailing adderss: P.O Box 275 in Granger Wa, 98932.....*

*Thank You.*

*Marisol Gaitan Trujillo*

*January 30, 2011*

*To: Judge Manuel Real*
*Re: Juan Bañales Venegas*

*My name is Maria Bañales, I live in Sunnyside, WA, but lived in California for quite a long time; which is the reason I still visit California frequently especially because most of my family reside there.*

*In this letter I would like to talk to you a little about my nephew Juan Bañales Venegas, I known him all of his life first because I lived in California and second because I still see him every time I visit. Reason I know that he is always been a person of good character, he is always been a nice, responsible as well as funny person.*

*I will really appreciate all the consideration you give this letter as well as the consideration you give my nephew's case. If you have any more questions you can contact me at: Home Phone (509) 836-2849 Home Address: 131 Parkland Dr. Trailer#103 Sunnyside, WA 98944.*

*Thank You*

*Maria Bañales*

January 30. 2011

To: Judge Manuel Real
Re: Juan Bañales Venegas

My name is Salvador Contreras and I live in
Sunnyside Wa, but have lived in California before, which
is the reason I still visit California frequently especially
because most of my girlfriend family lives there. In this letter
I would like to talk to you a little about my friend Juan
Bañales Venegas I known him for a long, long time. It
is the reason why I know he is always been a person of good
character, he is always been a nice, responsible as well as
respectful person. I will really appreciate all the consideration
you give this letter as well as to my friend's case. If you have
any more questions you can contact me at: Home Phone
(509) 836-2849 Home Address. 131 Parkland Dr.
Trailer #103 Sunnyside, WA. 98944.

Thank You
Salvador Contreras

To: Judge Manuel Franco

From: Ismael Bañales

Re: Juan Manuel Banales Venegas
Date: 2-24-11

Good morning Your Honor. We hope you had a nice holiday weekend. I wanted to know if you please don't be too hard on Juan when you sentence him. The whole family would be very greatful if you sentence Juan to the less years as you can. Thank you Your Honor and have a good day.

Sincerely,

Ismael N. Banales

620 So. "I" St #2
Oxnard, Ca. 93030
(805) 487-4021

RECEIVED 02/24/2011 22:07 8267355380
mission copy
805 483 7808
LAW OFFICE
P.1

To: Judge Manuel Real

From: BuenaVentura Bañales Magaña

Re: Juan Manuel Bañales Venegas

Date: 2-24-11

Good afternoon Your Honor. I would like to let you know that I know Juan since he was born. I don't think he's a bad person and I also beleive he will chage for the best. Please don't be too hard on Juan Your Honor. Thank you for jour time and patience.

Sincerely,

BuenaVentura Bañales Magaña

X Buena Ventura Bañales

620 So. "I" St. #2
Oxnard, Ca. 93030
(805) 487-4021