# EXHIBIT C

**NURSING PROFESSIONAL EDUCATION CERTIFICATE**

Professional Medical Careers Institute
299 W. Hillcrest Dr. Suite 110 Thousand Oaks CA 91360

THIS IS TO CERTIFY THAT:

# *Juan Banales*

HAS COMPLETED THE FOLLOWING COURSE:

## NURSE ASSISTANT PROGRAM

**185 Hours**

DATE OF COMPLETION OF COURSE: October 30, 2009

D.S.D. SUPERVISOR: DR. HELEN TAYLOR, RN, JD
PROVIDER APPROVED BY THE CALIFORNIA DEPARTMENT OF PUBLIC HEALTH
PROVIDER IDENTIFICATION TRAINING NUMBER: S-1104

This document needs to be retained by the participant for a period of four years after the course concludes

Helen Taylor, RN
Supervising Director of Staff Development
Director of Nursing

M. Bret Taylor
Administrator

**NURSING PROFESSIONAL EDUCATION CERTIFICATE**

Professional Medical Careers Institute
299 W. Hillcrest Dr. Suite 110 Thousand Oaks CA 91360

THIS IS TO CERTIFY THAT:

# *Juan Banales*

HAS COMPLETED THE FOLLOWING COURSE:

## Basic Anatomy & Physiology

DURATION OF COURSE: September 21 to December 14, 2009

**TOTAL HOURS: 35 1.5 UNITS**

VOCATIONAL NURSING PROGRAM APPROVED BY THE
CALIFORNIA BOARD OF VOCATIONAL NURSING & PSYCHIATRIC TECHNICIANS
This document needs to be retained by the participant for a period of four years after the course concludes

Helen Taylor, RN
Supervising Director of Staff Development
Director of Nursing

M. Bret Taylor
Administrator



**NURSING PROFESSIONAL EDUCATION CERTIFICATE**

Professional Medical Careers Institute
299 W. Hillcrest Dr. Suite 110 Thousand Oaks CA 91360

THIS IS TO CERTIFY THAT:

# *Juan Banales*

HAS COMPLETED THE FOLLOWING COURSE:

## Dosage Calculations

DURATION OF COURSE: September 23 to December 9, 2009

**TOTAL HOURS: 35 1.5 UNITS**

VOCATIONAL NURSING PROGRAM APPROVED BY THE
CALIFORNIA BOARD OF VOCATIONAL NURSING & PSYCHIATRIC TECHNICIANS
This document needs to be retained by the participant for a period of four years after the course concludes

Helen Taylor, RN
Supervising Director of Staff Development
Director of Nursing

M. Bret Taylor
Administrator

Professional Medical Careers Institute
P M C I

**NURSING PROFESSIONAL EDUCATION CERTIFICATE**

Professional Medical Careers Institute
299 W. Hillcrest Dr. Suite 110 Thousand Oaks CA 91360

THIS IS TO CERTIFY THAT:

# *Juan Banales*

HAS COMPLETED THE FOLLOWING COURSE:

## Medical Terminology

DURATION OF COURSE: September 24 to December 10, 2009

**TOTAL HOURS: 35 1.5 UNITS**

VOCATIONAL NURSING PROGRAM APPROVED BY THE
CALIFORNIA BOARD OF VOCATIONAL NURSING & PSYCHIATRIC TECHNICIANS
This document needs to be retained by the participant for a period of four years after the course concludes



Helen Taylor, RN
Supervising Director of Staff Development
Director of Nursing

M. Bret Taylor
Administrator






# PROFESSIONAL MEDICAL CAREERS INSTITUTE

Helen Taylor, R.N., J.D., D.S.D.
299 Hillcrest Drive Suite 110
Thousand Oaks, Ca. 91362

February 19, 2010

To whom it may concern:

I am most pleased to write a reference for Juan Banales. Juan was a good CNA student. His instructors were most impressed with her compassionate care of patients assigned to him. He was responsible, intelligent and got along well with others in class.

I have known Juan since she was admitted in the CNA program at Professional Medical Careers Institute in September. He was always cheerful and dependable and demonstrates a positive attitude. He received his training at Thousand Oaks Healthcare, Westlake Healthcare and Oak View University Villas. He completed about 110 hours of clinical and 80 hours of theory.

I am sure that whoever hires Juan as a certified nursing assistant will find him a good worker as well as a pleasant person who gets along well with everyone. Juan has the ability to work well with others and always showed respect to his classmates. .

If you desire any additional information regarding this nursing student and new CNA please contact me at my office 805-497-4064. Juan has also passed the requirements for acceptance into our Vocational Nursing program.

Sincerely,

Dr. Helen Taylor, R.N., J.D., Director of Nursing

*"Helping, Healing, Changing - One Life at a Time..."*

299 Hillcrest Drive • Suite 110 • Thousand Oaks, CA 91360 • Tel: 866.500.6274 • Fax: 805.497.4224
www.PMCIcareers.com

**Professional Medical Careers Institute School of Nursing**
**299 W. Hillcrest Drive, Thousand Oaks, Ca. 91360**
**805-497-4064**

# Academic Transcript

Name: Juan M. Banales
Date of Birth: 09/29/1986
Date: 11/05/09

Transcript Data

**STUDENT INFORMATION**

**Name: Juan M.**
**Banales**
**ID#: 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**

***Transcript type: Official Transcript

**INSTITUTION CREDIT**

**Fall 2009**

**Term Comments:** Nursing Assistant Program approved by the California Department of Health Services. Training ID: S 1115 and S 1104

**College:** Professional Medical Careers Institute

**Academic Standing:** Good Standing

| Subject | /Course | Campus | Title | Grade | Credit Hours | Quality Points | R |
|---|---|---|---|---|---|---|---|
| Nursing | | PMCI | Nursing Assistant Program | B | 3.00 | 9.00 | |
| Nursing | | PMCI | Clinical Internship | B | 3.00 | 9.00 | |
| | | | Term Totals<br>**Term GPA: 3.00** | | 6.00 | 18.00 | |

**Total Clinical Hours: 104**

**Total Theory Hours: 82**

**NTAP Modules Covered: 1-16**
**Start Date: September 2, 2009**
**End Date: October 30, 2009**
**Student G.P.A.: 3.00**

**Director of Nursing and Director of Staff Development: Helen Taylor, R.N., J.D., D.S.D.**

**Signature:** Helen Taylor RN **Date:** 11/5/2007




American Red Cross
Nurse Assistant
Competency Evaluation Program

TamperSafe®

# Congratulations !

You have successfully passed both the Skills and Written portions of the State Competency examination. Your official Nurse Assistant Certificate will be mailed to you from the **California Department of Public Health** when your criminal background check has been completed.

Juan Bañales
Name of Test taker

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
Social Security Number

[signature]
American Red Cross Representative

12-18-09
Date

Revised 01/08

*** If you do not receive your certificate within 16 weeks, please call CDPH at (916) 327-2445 ***

WARNING: This certificate is not valid unless you can see a Verify First "True" watermark in the paper. Hold up to light to verify.



# Future Leaders of America

*Future Leaders of America, Inc. proudly recognizes*

## JUAN BANALES

*For successfully completing the Level 1 Leadership Conference and for committing to pursue the path towards excellence in your home, school, and community.*

Presented at Camp Alegre on
*August 15, 2003*

Nino Urioste, Conference Director

Adriana L. Pulido, FLAMA Program Director



**PROFESSIONAL MEDICAL CAREERS INSTITUTE**

School of Nursing

**AWARDS THIS $2000.00 SCHOLARSHIP**

TOWARD THE

# Vocational Nursing Program

To

# JUAN BANALES

For her completion of the Nursing Assistant Program on November 6, 2009

Helen Taylor, RN
Supervising Director of Staff Development
Director of Nursing

M. Bret Taylor
School Administrator



# Pacifica High School

## Migrant Education

**Juan Banales**

Awarded for Academic Excellence - 3.7 G.P.A

2003-2004

Cindi Fredrick
Special Programs Counselor

William E. Dabbs
Principal

©1998 GOES 3461 All Rights Reserved

LITHO. IN U.S.A.


Pacifica High School
Juan Banales
PACIFICA
Academic Achievement in Technology
2003
LITHO. IN U.S.A


Pacifica High School
Senior Awards Night
Juan M.
PACIFICA
CAL GRANT Recipient
2005



# Pacifica High School

## Migrant Education

## Juan Banales

Awarded for Academic Excellence

2002 -2003

Cindi Fredrick
Special Programs Counselor

William E. Dabbs
Principal

©1995 GOES 3461
All Rights Reserved

LITHO. IN U.S.A.

Pacifica High School

# Academic Letter

*Commending*

## *Juan Banales*

*For outstanding academic achievement*

*January 27, 2004*



*William Dabbs, Principal*

# Certificate of Completion

Presented to

## Juan M. Banales

Having successfully completed the Summer College Program for High School in PSY 213 - Developmental Psychology at California State University, Channel Islands, presented this 29th day of July 2004.

CSUCI

Gary Berg, Ph.D.
Director, Extended Education

Harley Baker, Ph.D.
Associate Professor