ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MARK AVEIS (Cal. Bar No. 107881)
EDWARD E. ALON (Cal. Bar No. 207287)
Assistant United States Attorneys
National Security Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-4477/3825
Facsimile: (213) 894-6436
E-mail: mark.aveis@usdoj.gov
        edward.alon@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JUAN BANALES VENEGAS,<br><br>        Defendant. | Case No. 10-600-R<br><br>FINDINGS AND CONCLUSIONS IN RESPECT OF SENTENCING OF DEFENDANT JUAN BANALES VENEGAS<br><br>Date: March 14, 2011<br>Time: 1:30 p.m. |

    The matter of the sentencing of defendant Juan Banales Venegas came regularly before the Court on March 14, 2011. Appearances of the parties and their counsel were reflected in the record. The Court read and considered the Presentence Reports for defendant as well as all pleadings, position papers, and exhibits filed by the parties in connection with sentencing. Having considered the foregoing as well as defendant's allocution, and the arguments of counsel as reflected in the record, the Court makes the following findings and conclusions:

1      The Sentencing Guidelines are the starting point for the
2 Court's determination of defendant's sentence.  The Court finds
3 the advisory Guidelines calculations to be as follows:
4          Base offense level:                    7
5          Specific offense characteristics
6              (loss)                            +14
7              (sophisticated means)             +2
8          Total offense level                   23
9      As to loss, the Court finds and concludes, based on the
10 Presentence reports, defendant's non-objection to the Guidelines
11 as calculated in the Presentence reports, and the arguments of
12 counsel at the time of the hearing, that the amount of loss is in
13 excess of $400,000 and is supported by clear and convincing
14 evidence.  The amount of loss well exceeds the threshold amount
15 of "more than $400,000" as required by U.S.S.G. § 2B1.1(b)(1)(H)
16 in order to support the application of a level "14" for loss
17 under the Guidelines.  As to the remaining Guidelines specific
18 offense characteristics and adjustments, the Court adopts the
19 findings in the Presentence reports and finds and concludes,
20 based upon the Presentence reports and defendant's non-objection
21 thereto that the specific offense characteristics and adjustments
22 are supported by sufficient evidence.
23      Accordingly, the Court finds that defendant's net Guidelines
24 offense level is 23, yielding, based on Criminal History Category
25 I, a Guidelines range for defendant of 46-57 months.

27 Dated: March 15, 2011      _____
                                HON. MANUEL L. REAL
28                              U.S. DISTRICT JUDGE

                                    2